No. 7,225.—STATE, RESPONDENT, *v.* JOSEPHINE CORICH, APPELLANT.

Decided March 9, 1934.

PER CURIAM.—Respondent's motion to dismiss the appeal herein for laches is sustained, and the appeal is accordingly ordered dismissed.

*Mr. Raymond T. Nagle,* Attorney General, *Mr. Jeremiah J. Lynch,* First Assistant Attorney General, and *Mr. C. F. Holt,* County Attorney of Cascade County, for the State.

*Mr. Lester H. Loble,* and *Mr. Hugh R. Adair,* for Defendant.